

**MICHAEL F. PANAYOTOU**
COUNSEL
(212) 455-9579
michael.panayotou@rivkin.com

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022
T 212.455.9555 F 212.687.9044

March 31, 2025

**Via CM/ECF and Email:** Lehrburger_NYSDChambers@nysd.uscourts.gov
Honorable Magistrate Judge Robert W. Lehrburger
United States District Court,
Southern District of New York
500 Pearl Street, Room 18D
New York, NY 10007

Re:   Case Name:   *J.T. Magen & Company, Inc. v. Colony Insurance Company*
      Index Number:   1:25-cv-00825-VSB-RWL

Dear Honorable Magistrate Judge Lehrburger:

We represent Plaintiff, J.T. Magen & Company, Inc. ("Plaintiff"), in the above-referenced action. We write jointly with Defendant, Colony Insurance Company ("Colony"), to request an adjournment of the Initial Pretrial Conference, currently scheduled for April 10 at 10:30 A.M., to May 8, May 13-15, or another date convenient for the Court. We also request that the time to submit the proposed Joint Pre-Trial Order be similarly adjourned to one week before the new date for the Initial Pretrial Conference.

The reason for the request is that the parties are engaged in settlement discussions which, if successful, would resolve the action. Relatedly, Colony separately filed the parties' stipulation extending Colony's time to answer from March 28 to April 28, which the Court so ordered.

This is the first request to adjourn the Initial Pretrial Conference. The parties thank the Court for its consideration of this request.

Respectfully submitted,

*Michael F. Panayotou*
Michael F. Panayotou

Cc:   *Via CM/ECF and Email*

      Jonathan Greisman, jgreisman@gvlaw.com
      *Attorneys for Defendant*
      *Colony Insurance Company*

4937-7970-7184, v. 2

Granted. The conference will be rescheduled, and the time to file the proposed case schedule and management plan is extended commensurately.

SO ORDERED:

03/31/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE